**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1419**

_____

VICKIE G. MILLS,

Plaintiff - Appellant,

v.

CCL; LGH; COM.; SLEEP STUDY; FOOT DOC. DR.  MINTON; DR.
COX; INTERNAL MEDICINE CLINICS; IMAGING; XRAY; CATHERIZATION
HEART  DOCTOR; MCCLANAHAN STREET, SW; OB-GYN; NEUROLOGY; CCL
BRAMBLETON PHYS. ALL DOCTORS; CCL 1314 PETERSCREEK RD.; GILE
MEMORIAL EAR, NOSE, THROAT CLINIC; ALL EMPLOYEES (SOME) FIRE
DEPT. EMT, Employees Site Center Employees; CARILION ROANOKE
COMMUNITY HOSPITALS CLINICS; LEWIS-GALE INTERNAL MEDICINE;
CARILION OB-GYN; CARDIOLOGY ASSOCIATES OF VIRGINIA; GILL
MEMORIAL EAR, NOSE, THROAT CLINIC; LEWIS-GALE EAR, NOSE,
THROAT CLINIC; LEWIS-GALE NEUROLOGY,

Defendants - Appellees.

_____

**No. 14-1421**

_____

VICKIE G. MILLS,

Plaintiff - Appellant,

v.

VETERANS ADMINISTRATION HOSPITAL; SALEM NURSING REHAB;
RALEIGH COURT REHAB; CCL; LGH; COM; INTERNAL MEDICINES
CLINIC, Jefferson Street,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, District Judge. (7:14-cv-00198-MFU; 7:14-cv-00183-MFU)

Submitted: June 19, 2014                    Decided: June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed in by unpublished per curiam opinion.

Vickie G. Mills, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Vickie G. Mills appeals the district court's orders dismissing her civil actions under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mills v. CCL, No. 7:14-cv-00198-MFU; Mills v. Veterans Admin. Hosp., No. 7:14-cv-00183-MFU (W.D. Va. Apr. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED